

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00772-CV

Mandy **PILGRIM**, Stacy A. Keller-Lassater, Nefi Miramontes, and Stephanie Trevino-Lozano,
Appellants

v.

**FIRST AMERICAN TITLE CO., LLC** and First American Title Insurance Company,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-15145
Honorable Cathleen M. Stryker, Judge Presiding

## A B A T E M E N T   O R D E R

The parties have filed an agreed motion to abate the appeal in which they request the court abate the appeal to allow the parties to mediate their dispute. The parties are scheduled to mediate on January 25, 2017. The motion is GRANTED. It is ORDERED that this appeal is ABATED until February 24, 2017. All appellate deadlines are suspended until February 24, 2017. After that date, the appellants must file a motion to dismiss the appeal due to settlement, or if a settlement is not reached and finalized, a motion to reinstate the appeal. TEX. R. APP. P. 42.1(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court